IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY DEWAYNE MILLER, in his capacity
as personal representative of the Estate of
Danny Miller     PLAINTIFF

v.     No. 3:14-cv-200-DPM

NORTHERN TRUST COMPANY and
ARCHER DANIELS MIDLAND COMPANY
ADM RETIREMENT PLAN     DEFENDANTS

JUDGMENT

Miller's complaint is dismissed with prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

30 September 2014